JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO R. DIAZ,<br>　　　　Petitioner,<br>　　v.<br>CHARLES L. RYAN, ET AL.,<br>　　　　Respondents. | CASE NO. 2:18-cv-09133-MWF (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: December 21, 2018

　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE